UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: LETTERS ROGATORY FROM
THE FIRST INSTANCE COURT OF
THE PRINCIPALITY OF ANDORRA,              Case No.: 8:11-mc-41-T-23MAP
REGARDING MATTER OF JOSEP
ANTON BARDINA PAU AND
ANTONI RIBERAYGUA SASPLUGAS.
_____/

**ORDER**

The United States moves (Doc. 1) under 28 U.S.C. § 1782(a) for an order appointing Assistant United States Attorney E. Kenneth Stegeby as a Commissioner to render assistance and gather evidence as requested in Letters Rogatory issued by Principality of Andorra, pursuant to the Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, 23 U.S.T. 2555, TIAS No. 7444, 1972 WL 122493.

The United States of America ratified the Hague Evidence Convention. Although Andorra has not entered an accession to the Hague Evidence Convention, Andorra submitted the request through diplomatic channels to the Department of State in accord with 28 U.S.C. § 1781. The United States submits the letters rogatory and their English translation. Accordingly, the United States' "Application for Order Under 28 U.S.C. § 1782(a)" (Doc. 1) is **GRANTED**.

Assistant United States Attorney E. Kenneth Stegeby is appointed as a Commissioner to render the assistance requested by the Court of the Principality of Andorra in the Letters Rogatory. The Commissioner is authorized to obtain requested evidence, to administer oaths, to procure testimony or statements, to issue subpoenas, to seek necessary court orders, and to act in any other manner necessary to render the assistance requested by the Andorran Court.

ORDERED in Tampa, Florida, on April 4, 2011.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

Copy to:

E. Kenneth Stegeby
U.S. Attorney's Office
Middle District of Florida
Tampa Division